UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 SEP -6 A 11 13

HOWARD G. TOOLE #917683
PETITIONER

V.                                                    CASE NO: 2:06-CV-714-MHT

JAMES McDONOUGH, et. al.
RESPONDENT(S)

Refer To: VANZETTA PENN McPHERSON, MAGISTRATE JUDGE

MOTION FOR ENLARGMENT OF TIME

COMES NOW the Petitioner, HOWARD G. TOOLE, Pursuant
to Rule 45 (b). Fed. R. Crim. P., Hereby files this his Motion
for enlargment of time, and moves this Honorable Court
to extend the time the Petitioner has to respond to this
Court's "ORDER" dated 14th day of August 2006. THAT directs
the Petitioner that on or before the 28th day of August 2006
He shall file a corrected Petition which challenges the Judge-
ment of the Pike County Circuit Court, for the 12th Judicial circuit.
In Compliance with Fed. RULES GOVERNING 28 U.S.C. § 2254, and
Rule 2 (d) / Local Rule 9.1.

        As GROUNDS for this Motion for Enlargment of time,
the Petitioner States the following:

PROVIDED TO ZEPHYRHILLS C.I.
ON 8/31/06 FOR MAILING.

-1-

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

1.) THE PETITIONER PREVIOUSLY filed a Motion for enlargment of TIME FOR Case No: 2:06-CV-696-MHT. Now, ON the 28th day of August, 2006., the Petition Recieved from the Court this New case no: 2:06-CV-714-MHT IN REFERENCE to the Pike County Judgement accompanied by another ORDER informing the Petitioner that the ORDER dated 11th day of August, 2006 is "VACATED". Sense there was No directions or opinion accompanying the ORDER; this Petitioner does not intend to assume anything. Therefore, I NOW Submit this NEW Motion REQUESTING AN ENLARGMENT of time bearing the NEW Case Number. The Petitioner iterates that he did Not Receive the order until the day of it's expiration the 28th of August, 2006. and therefore Could Not conceiveably Comply with the order.

2.) THE PETITIONER was IN transit from his PREVIOUS institution at Apalachee Corr. Inst., IN Region #I, for (7) days; from the 17th day of August, unto the 23rd day of August, 2006. unfortunately all the ORDERS the Court has forwarded to the Petitioner SENSE he left his previous INSTITUTION have have been extremely late in NOTIFYING him of the Courts

-2-

UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

ORDERS OF DEADLINE DATES OF COMPLIANCE.
The Petitioner has forwarded to the Court his MAN-
ditory Change of address Notification. This should
alieviate any delays of Communication in the fut-
ure. THE PETITIONERS MAIN CONCERNS Were the MIX UP in the
Case Numbers, i.e. 1:06-CV-696-MHT ¿ 1:06-CV-714-MHT. as
both NUMBERS Were assigned to the Pike County Judge-
MENTS.

As of this date, the 30th day of August 2006. The Pet-
itioner has received Notification of his enlargment of
time ON Case NO. 1:06-CV-696-MHT. THE PETITIONER SHALL
endevor to meet his New date in that Case. And prays
this Honorable Court grants an equally workable enlarge-
for this Case as well. The Petitioner would like to Relay to
this Court that he is truely making a Good faith effort
to Comply with this Courts ORDERS.

Please find attached a copy of an "INFORMAL GREIVANCE"
that was file against this Institutions Law Library for their
unwillingness to Make Copies for my MOTION/PETITIONS. The
PRoblem was Reluctently Resolved yet Resovled Nontheless.

— 3 —

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was furnished by U.S. MAIL to the Honorable CLERK OF THE COURT, UNITED STATES DISTRICT COURT for the MIDDLE DISTRICT OF ALABAMA. POST OFFICE BOX 711 MONTGOMERY ALABAMA, 36101-0711. At this time the Petitioner has Not been made aware of any other Parties that must RECEIVE copies of his Motions. Please Advise. THIS 30th day of August, 2006.

HOWARD G. TOOLE, #917683
ZEPHYRHILLS CORRECTIONAL INST.
2739 GALL BOULEVARD
ZEPHYRHILLS, FLORIDA 33541-9701

~~INMATE REQUEST~~

*INFORMAL GRIEVANCE*

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

(Instructions on Back)

*2: 06CV 714*

Mail Number: *E-1204-L*
Team Number: _____
Institution: *ZEPHYR - C.I.*

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Dental | ☑ Other<br>*LIBRARIAN MS. SADD* |
|---|---|---|---|---|

| | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| **FROM:** | *Toole, Howard Glen* | *917683* | *E-1204-L* | *UNASSIGNED* | *8-25-06* |

**REQUEST**        *"LIBERTY ISSUE"*

*Ms. Sadd, I Requested of the Law Library copies to be made in Regards to Motion for Enlargment of time, and objections to the ORDERS from the UNITED STATES DISTRICT COURT LOCATED IN THE MIDDLE DIST. OF ALABAMA, THIS IS A § 2254 FED. Habeas Corpus involving an (IADA) Violation BETWEEN THE STATE OF FLORIDA AND ALABAMA, in which Mr. JAMES McDonough, Director of THE FL. DEPT. OF CORRECTIONS, IS THE DEfendant. FOR THE LIBRARY TO DENY ME COPIES To COMPLY WITH FED. ORDERS FROM THE COURT is considered a PROCEDURAL IMPEDiment for denial of access of the Court, as well as a denial of U.S. Constitutional AMENDMENT XIV, Right to DUE PROCESS I HUMBLY ASK THAT YOU RECONSIDER MY Request for Copies, As I'm under a 8-29-06 Deadline. RESPECTFULLY SUBMITTED, Howard Toole*

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

———————————— **DO NOT WRITE BELOW THIS LINE** ————————————

**RESPONSE**                                            DATE RECEIVED:        **RECEIVED**
                                                                              AUG 28 2006

*this issue has already been resolved. You have received the Requested copies on 8-28-06*

[The following pertains to informal grievances only:

Based on the above information, your grievance is *denied*. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): *Sadd* | Date: *8-29-06* |
|---|---|

Distribution:    White    -Returned to Inmate        Pink    -Retained by official responding, or if the response is to an
                 Canary   -Returned to Inmate                 informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)