IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

HOWARD GLENN TOOLE, #C 917683　　　*

　　　Petitioner,　　　　　　　　　　　*

　　　　　v.　　　　　　　　　　　　　*　　　　2:06-CV-714-MHT

JAMES MCDONOUGH, *et al.*,　　　　　*

　　　Respondents.　　　　　　　　　　*

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's motion for extension of time, and for good cause, it is ORDERED that

1. Petitioner's motion (Doc. No. 4) be and is hereby GRANTED;

2. Petitioner is GRANTED an extension from August 28, 2006 to September 21, 2006 to comply with the court's August 14, 2006 order.

Done this 7th day of September 2006.

　　　　　　　　　　　　　　　/s/ Vanzetta Penn McPherson
　　　　　　　　　　　　　　　VANZETTA PENN MCPHERSON
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE