| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery<br>Givner                            4/19/06<br><br>C. Signature<br>X [signature]    ☐ Agent  ☐ Addressee<br><br>D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below: |

Troy King
Atty General for the ST/AL
11 South Union Street
Montgomery, AL 36130

2006 SEP 22  A 10: 13

06cv714
amd pet.
tpo

Service Type
☐ Certified Mail     ☐ Express Mail
☐ Registered         ☒ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number:  7005 1820 0002 3461 6524

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952