IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HOWARD GLENN TOOLE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:06-CV-714-MHT |
| JAMES MCDONOUGH, et al., | ) |
| | ) |
| Respondents. | ) |

**MOTION FOR ENLARGEMENT**

Come now the Respondents in the above-styled cause and request an enlargement of fourteen days to respond to this Court's Order to Show Cause. Counsel for the Respondents has been involved in other work in the appellate courts of the State of Alabama and therefore has had insufficient time in which to complete Respondents's Answer.

Wherefore, in consideration of the aforementioned reasons, the Respondents pray that this Honorable Court will grant this request for fourteen days to respond to Toole's habeas corpus petition, therefore making the respondents' response due October 19, 2006.

I am this date mailing a copy of this request for an extension of time to the petitioner.

        Respectfully submitted,

        Troy King (KIN047)
        Attorney General
        By:


        s/Marcus S. Bass (BAS020)
        Marcus S. Bass
        Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>5th</u> day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>Howard Glenn Toole, Detainee No. 917683, Zephyrhills Correctional Institute, 2739 Gall Boulevard, Zephyrhills, Florida 33541</u>.

                                          s/Marcus S. Bass
                                          Marcus S. Bass (BAS020)
                                          Office of the Attorney General
                                          Alabama State House
                                          11 South Union
                                          Montgomery, AL  36130-0152
                                          Telephone: (334) 242-7300
                                          Fax: (334) 242-2848
                                          E-Mail: mbass@ago.state.al.us

184679/99821-001