IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

HOWARD GLENN TOOLE, #C 917683    *

   Petitioner,    *

     v.    *    2:06-CV-714-MHT
                      (WO)
JAMES MCDONOUGH, *et al.*,    *

   Respondents.    *

_____

**ORDER ON MOTION**

Upon consideration of Respondents' Motion for Extension of Time and for good cause, it is ORDERED that:

1. Respondents' Motion for Extension of Time (Doc. No. 10), is GRANTED; and

2. Respondents are GRANTED an extension from October 10, 2006 to October 24, 2006 file their answer.

Done, this 5th day of October 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE