IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT
OF ALABAMA

HOWARD G. TOOLE, #917683
    PETITIONER

V.                                   Case No. 2:06-CV-714-MHT

JAMES MCDONOUGH, et. al.
    RESPONDENTS

_____/

## NOTICE OF INTENT

Comes now the Petitioner and gives this his notice of Intent to file a Response to the STATES OF ALABAMA'S Response per <u>Mailbox Rule, Federal.</u>

The Petitioner's Institutional Law Library will Be closed due to the Thanksgiving Holidays from Nov. 22-24. Legal mail does not leave the Institution on a weekend. The Petitioner will give His Response to Agents of Florida Dept. of Corrections on the <u>27th</u> of <u>November 2006</u>.

Respectfully submitted, this 22<u>nd</u> day of November, 2006.

PROVIDED TO ZEPHYRHILLS C.I.
ON 11/22/06 FOR MAILING.

## CERTIFICATE OF SERVICE

I hereby certify on this 22nd day of November 2006. A TRUE AND CORRECT COPY of the foregoing Notice of Intent was delivered officers/agent of FLORIDA DEPT. OF CORRECTIONS, there upon to be forwarded to all concerned parties referenced below. By UNITED STATES MAIL Postage prepaid by the Petitioner.

HOWARD G. TOOLE #917683
ZEPHYRHILLS CORR. INST.
2739 GALL BOULEVARD
ZEPHYRHILLS, FLORIDA 33541-9701

OFFICE OF CLERK OF COURT
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY ALABAMA 36101-0711

STATE OF ALABAMA
OFFICE OF ATTORNEY GENERAL
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA 36130-0152