IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

HOWARD GLENN TOOLE,           *
#C 917683
    Petitioner,            *

    v.                     *     2:06-CV-714-MHT

JAMES MCDONOUGH, *et al.*,    *

    Respondents.           *
_____

**ORDER**

In his response filed December 4, 2006 to the order of this court requiring that he establish cause and prejudice with respect to the claims in his petition considered procedurally defaulted, Petitioner asserts that any default arising from the failure to present his defaulted claims in accordance with the state's procedural rules was due to the ineffective assistance of counsel and his inability to access relevant legal material. (Doc. No. 15.) The court therefore construes Petitioner's response as a motion to amend. Upon consideration of the motion to amend, and for good cause, it is

ORDERED that this motion (Doc. No. 15) be and is hereby GRANTED.

It is further

ORDERED that on or before December 27, 2006 Respondents shall file a supplemental answer addressing Petitioner's claims of ineffective assistance of counsel and access to courts and his assertions that counsel's ineffectiveness and his inability to access relevant legal material establishes cause for his procedural default. Respondents' answer should comport with the directives contained in the court's September 15, 2006 order of

procedure.  (*See* Doc. No. 7.)

      Done, this 7th day of December 2006.


                                      /s/Wallace Capel, Jr.
                              WALLACE CAPEL, JR.
                              UNITED STATES MAGISTRATE JUDGE