IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HOWARD GLEN TOOLE, <br> #C 917683 <br> <br> Petitioner, <br> <br> v. <br> <br> JAMES MCDONOUGH, et al., <br> <br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. <br> )   2:06-CV-714-MHT <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR ENLARGEMENT

Come now the Respondents in the above-styled cause and request an enlargement of fourteen days to respond to this Court's Order to File a Supplemental Answer. Counsel for the Respondents has been involved in other work in the appellate courts of the State of Alabama and therefore has had insufficient time in which to complete the Respondents' Answer.

Wherefore, in consideration of the aforementioned reason, the Respondents pray that this Honorable Court will grant this request for fourteen days to respond to Toole's amended habeas corpus petition, therefore making the Respondents' response due January 16, 2007.

I am this date mailing a copy of this request for an extension of time to the petitioner.

          Respectfully submitted,

          Troy King (KIN047)
          Attorney General
          By:

          s/Marcus S. Bass (BAS020)
          Marcus S. Bass
          Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>27th</u> day of December, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>Howard Glenn Toole, Detainee No. 917683, Zephyrhills Correctional Institute, 2739 Gall Boulevard, Zephyrhills, Florida 33541</u>.

> s/Marcus S. Bass
> Marcus S. Bass (BAS020)
> Office of the Attorney General
> Alabama State House
> 11 South Union
> Montgomery, AL 36130-0152
> Telephone: (334) 242-7300
> Fax: (334) 242-2848
> E-Mail: mbass@ago.state.al.us

216688/99821-001