IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

HOWARD GLENN TOOLE,           *
#C 917683
    Petitioner,                *

      v.                      *     2:06-CV-714-MHT
                                                                    (WO)

JAMES MCDONOUGH, *et al.*,    *

    Respondents.               *

_____

**ORDER ON MOTION**

Petitioner requests an extension of time to comply with the court's January 16, 2007 order. Upon consideration of the motion, and for good cause, it is ORDERED that:

1. The motion for extension of time (Doc. No. 24) is GRANTED; and

2. Petitioner is granted an extension from January 30, 2007 to February 20, 2007 to file his response in accordance with the court's January 16, 2007 order.

Petitioner seeks leave of court to invoke the discovery process. In support of his motion, Petitioner asserts that discovery is necessary to "aid in developing facts and testimony necessary to decide whether the court should order an evidentiary hearing, grant the petitioner's writs following an evidentiary hearing, or grant the writs without the need for an evidentiary hearing." (Doc. No. 24 at 2.) The court has considered Petitioner's request for leave to invoke the discovery process and concludes that the motion is due to be denied. *See Bracy v. Gramley*, 520 U.S. 899, 904 (1997). The motion may be reconsidered if warranted by further developments in this case. Accordingly, it is

ORDERED that Petitioner's motion for leave to invoke the discovery process (Doc. No. 24) be and is hereby DENIED.

Petitioner requests production of his state trial transcripts. Upon review of the pleadings and documents filed herein, the court finds that the request is due to be denied. The request may be reconsidered if warranted by further developments in this case. Accordingly, it is

ORDERED that the motion for production of documents (Doc. No. 24) be and is hereby DENIED.

Done, this 31st day of January 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE