IN THE DISTRICT COURT OF THE UNITED STATES, FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

HOWARD G. TOOLE,
    PETITIONER,

V.                           CASE NO: 2:06-CV-714-MHT

JAMES McDONOUGH, et al.,
    RESPONDENTS.

_____/

NOTICE OF CHANGE OF ADDRESS

COMES NOW THE PETITIONER, HOWARD G. TOOLE, PURSUANT TO, FEDERAL RULES CRIM. PROCEEDURE, AND GIVES NOTICE OF CHANGE OF ADDRESS. THIS NOTICE IS GIVEN TO INFORM THE CLERK OF THE COURT, AND ALL PARTIES CONCERNED, RESPECTIVELY.

HOWARD G. TOOLE, #917683, H1-105-L
WASHINGTON CORRECTIONAL INSTITUTION
4455 SAM MITCHELL DRIVE
CHIPLEY, FLORIDA 32428

RESPECTFULLY SUBMITTED, THIS 28th DAY OF JANUARY, 2008.

                            Howard Toole
                            HOWARD G. TOOLE, #917683
                                Pro Se

## CERTIFICATE SERVICE

I HOWARD G. TOOLE, DO HEREBY CERTIFY THAT A TRUE AND CORRECT HAND WRITTEN COPY OF THE FOREGOING, NOTICE OF CHANGE OF ADDRESS, HAS BEEN FURNISHED, AND DELIVERED BY, U.S. MAIL, TO ALL PARTIES CONCERNED AS SIGNIFIED BELOW. ON THIS THE 28th DAY OF JANUARY, 2008.

OFFICE OF CLERK OF THE COURT
UNITED STATES DISTRICT COURT
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

MARCUS S. BASS (BAS020)
OFFICE OF THE ATTORNEY GENERAL
ALABAMA STATE HOUSE, 11 SOUTH UNION
MONTGOMERY, ALABAMA 36130-0152

CONCERNING, CASE NO. 2:06-CV-714-MHT

Howard Toole
HOWARD G. TOOLE, #917683, H1-105-L
WASHINGTON CORRECTIONAL INST.
4455 SAM MITCHELL DRIVE
CHIPLEY, FLORIDA 32428

HOWARD TOOLE, #917683, H1-105-L
WASHINGTON CORRECTIONAL INSTITUTION
4455 SAM MITCHELL DRIVE
CHIPLEY, FLORIDA  32428



**PROVIDED TO**
**WASHINGTON CI ON**

JAN 2 8 2008

FOR MAILING

OFFICE OF CLERK OF THE COURT
UNITED STATES DISTRICT COURT
POST OFFICE BOX 711
MONTGOMERY, ALABAMA  36101-0711

36101+0711-11 B007