IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 MAR 24 P 2: 36

| | |
|---|---|
| HOWARD GLENN TOOLE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:06-CV-714-MHT-VP |
| JAMES MCDONOUGH, et al., | ) |
| | ) |
| Respondents. | ) |

## CONFLICT DISCLOSURE STATEMENT

Comes now Troy King, Attorney General for the State of Alabama, and James McDonough, former Secretary for the Florida Department of Corrections, and Sam Culpepper, Warden for the Florida Department of Corrections, and through the undersigned counsel make the following disclosure regarding potential conflicts of interest in accordance with this Court's general Order No. 3047:

Troy King, James McDonough, and Sam Culpepper, parties named as Respondents in the above-captioned case as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the <u>Rules Governing Section 2254 Cases in the United States District Courts</u>, have been sued in their official capacities. Neither Attorney General King, former Secretary McDonough, nor Warden Culpepper have any

known affiliations "that could potentially pose a financial or professional conflict for a judge" on this Court.

/s/ Marcus S. Bass
_____
Marcus S. Bass
Assistant Attorney General
Counsel for Troy King, James McDonough, and Kenny Jones

2

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>24th</u> day of March, 2008, I filed the foregoing, and I hereby certify that I have mailed, by United States Postal Service, the document to the following non-CM/ECF participant: <u>Howard G. Toole, # 917683, H1-105-L, Washington Correctional Institute, 4455 Sam Mitchell Drive, Chipley, Florida 32428</u>.

/s/ Marcus S. Bass
Marcus S. Bass

ADDRRESS OF COUNSEL:
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama  36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: mbass@ago.state.al.us